IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

DOCKET NO.: 7:12-CR-3-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| William Wesley Hatter | ) | |

William Wesley Hatter appeared before the Honorable Michael P. McCuskey, U.S. District Judge, Central District of Illinois, on July 20, 2007, and upon a plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C.§ 841 (a)(1) & (b)(1)(B)(iii), was sentenced to 70 months imprisonment; followed by 4 years of supervised release. On March 10, 2008, pursuant to 18 U.S.C. 3582(c)(2), imprisonment was reduced to 60 months. Supervised release commenced on December 23, 2010, and on January 9, 2012, jurisdiction was transferred to the Eastern District of North Carolina.

A Motion for Revocation was filed on November 1, 2012, after the defendant incurred new state charges on October 20, 2012, in Duplin County, North Carolina.

The probation officer confirmed the state charges were dismissed by the Duplin County District Attorney on July 15, 2013.

It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation filed on November 1, 2012, and allowing the defendant's supervised release to continue.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Motion for Revocation filed on November 1, 2012, be withdrawn.

This 18th day of July, 2013.

Louise W. Flanagan
U.S. District Judge